THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAWRENCE JOHNSON, | CASE NO. C19-0901-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant to respond to Plaintiff's complaint (Dkt. No. 10). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Defendant shall answer or otherwise respond to Plaintiff's complaint no later than August 5, 2019.

DATED this 1st day of July 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk