THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE JOHNSON, | CASE NO. C19-0901-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation regarding the case schedule (Dkt. No. 16). Having thoroughly considered the stipulation and relevant record, the Court hereby ORDERS that:

1. The status conference scheduled for October 22, 2019 is hereby VACATED;
2. Dispositive motions shall be filed no later than January 24, 2020 and shall be noted for the Court's consideration on March 6, 2020;
3. Responses shall be filed by February 21, 2020; and
4. Replies shall be filed no later than March 6, 2020.

//

1      DATED this 15th day of October 2019.

2                                       <u>William M. McCool</u>
                                         Clerk of Court

                                       <u>s/Tomas Hernandez</u>
                                       Deputy Clerk

MINUTE ORDER
C19-0901-JCC
PAGE - 2